IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                          NO. 4:14CR00010 JLH

HECTOR DELGADO, WILMER
GEOVANI FUENTES-RAMOS,
VICTOR RUIZ-FLORES,
ROBERT YOUNG, JR., ROOSEVELT
LAMONT MARTIN, HAROLD
BLAKELY ALLEN, JR., MONTRELL
DESHUN YOUNG, IVORY LAMONT
JOHNSON, TYRONE DEMOND
WASHINGTON, RICKEY DALE
WASHINGTON, TELLYS ARKEITH
CLEMMONS, MAURICE LAMONT
HARRIS, JORDAN ADAM JONES,
EDDIE JEROME GILLIAM, WILLIE A.
TINSLEY, DEKEITRIC LARON WILLIAMS,
HENRY ARECE AKINS, RANDY DESHAN
JONES, KERRY LEE WOLFOLK,
CALVIN  DEVAUGHN MORGAN, ARLIN GENE
CHEETER, and BERTHA LEE GRIFFIN                                                       DEFENDANTS

## ORDER

Pending before the Court are motions for continuance of the trial of this matter filed by defendants Roosevelt Lamont Martin and Ivory Lamont Johnson.  Documents #25 and #180.  The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motions for continuance will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

The above named defendants appeared for plea and arraignment on different dates and each was assigned an initial trial date of May 19, 2014.  The Court finds that no severance has been granted in this matter.  Since the defendants are jointly indicted on similar evidence from the same event, their trial should be conducted on the same date.

IT IS THEREFORE ORDERED that any defendant opposing the motions for continuance must file a response in opposition on or before **MAY 12, 2014.** It will not be necessary for any defendant who supports the motions for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motions on or before May 12, 2014, joins in the motions for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 22nd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE